UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON DODD, | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION |
| | ) No. 25-12755-BEM |
| DEVENS FEDERAL MEDICAL CENTER, | ) |
| | ) |
| Respondent. | ) |

## ORDER OF DISMISSAL

MURPHY, D.J.

On December 22, 2025, Magistrate Judge Robertson issued the Report and Recommendation [ECF # 3] in this case recommending dismissal. To date, the Petitioner has not objected to the Report and Recommendation.

IT IS HEREBY ORDERED

This Court hereby ADOPTS the REPORT AND RECOMMENDATION and DISMISSES the above-entitled action.

/s/ Brian E. Murphy
United States District Judge

DATED: January 6, 2026